```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   20cv926(DLC)
FELIPE RAMALES,                          :
                                         :        ORDER
                    Plaintiff,           :
         -v-                             :
                                         :
ALEXANDER WANG INCORPORATED,             :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/26/20

DENISE COTE, District Judge:

On February 25, 2020, the defendant requested an extension of time to respond to the complaint. It is hereby

ORDERED that the defendant shall respond to the complaint by **March 20, 2020.**

Dated:   New York, New York
         February 26, 2020

　　　　　　　　　　　　　　　　　／s／ Denise Cote
　　　　　　　　　　　　　　　　　DENISE COTE
　　　　　　　　　　　　　United States District Judge