```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    20cv926 (DLC)
FELIPE RAMALES,                          :
                     Plaintiff,          :    ORDER
          -v-                            :
                                         :
ALEXANDER WANG INCORPORATED,             :
                                         :
                     Defendant.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the in-person conference scheduled for **March 27, 2020** at **10:30 am** is rescheduled for **March 27, 2020** at **9:00 am.**

IT IS FURTHER ORDERED that the March 27 conference will be held telephonically. The parties shall use the following dial-in instructions for the telephone conference:

    Dial-in: 888-363-4749

    Access code: 4324948

The attorneys who will serve as principal trial counsel must participate in this telephone conference.

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:    New York, New York
           March 19, 2020

                                _____
                                    DENISE COTE
                           United States District Judge