UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FELIPE RAMALES,<br><br>               Plaintiff,<br><br>    v.<br><br>ALEXANDER WANG INCORPORATED,<br><br>               Defendant. | Case No. 1:20-cv-00926-DLC<br><br>[PROPOSED] ORDER ON STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT<br><br>Complaint served: February 5, 2020<br>First Amended Complaint filed: April 10, 2020<br>Waiver of service requested: April 13, 2020<br>Current response date: April 24, 2020<br>New response date: June 12, 2020<br>Judge: Hon. Denise L. Cote |

The Court, having reviewed and considered Plaintiff Felipe Ramales and Defendant Alexander Wang Incorporated's Stipulation to Extend Time to Respond to Plaintiff's First Amended Complaint, hereby orders as follows:

Defendant shall have to and including Friday, June 12, 2020 to answer or otherwise respond to the Complaint.

**IT IS SO ORDERED**.

Dated: April 24, 2020

_____
DENISE COTE
United States District Judge