```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   20cv0926 (DLC)
FELIPE RAMALES,                          :
                                         :        ORDER
                      Plaintiff,         :
                                         :
         -v-                             :
                                         :
ALEXANDER WANG INCORPORATED and          :
ALEXANDER WANG,                          :
                                         :
                      Defendants.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that this case is no longer referred to mediation.

    IT IS FURTHER ORDERED that, instead, the parties are instructed to contact the chambers of Magistrate Judge Cave prior to **May 8, 2020** in order to pursue settlement discussions under her supervision in **June 2020**.

Dated:    New York, New York
            April 30, 2020

                                            _/s/ Denise Cote_____
                                                DENISE COTE
                                United States District Judge