```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
FELIPE RAMALES,                         :
                                        :
                     Plaintiff,         :    20cv926 (DLC)
          -v-                           :
                                        :         ORDER
ALEXANDER WANG INCORPORATED and         :
ALEXANDER WANG,                         :
                                        :
                     Defendants.        :
                                        X
----------------------------------------
```

DENISE COTE, District Judge:

On June 12, 2020, the defendants filed a motion for sanctions.  Accordingly, it is hereby

ORDERED that any opposition is due **June 19, 2020**.  Any reply is due **June 26.**

Dated:   New York, New York
         June 15, 2020

                              _____
                                    DENISE COTE
                              United States District Judge